# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0298
LT Case Nos. 2021-CF-000211-A
2022-CF-001682-A
2021-CF-011949-A

———————————————

JONATHAN CONAN RIDDLE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.

May 16, 2025

PER CURIAM.

Appellant, Jonathan Riddle, appeals the trial court's denial of his motion to correct sentencing error which imposed three $100 costs of prosecution following his pleas in three cases. He argues that the trial court's denial erroneously

imposed the costs of prosecution even though the State did not request them. We affirm and again certify conflict with *D.L.J. v. State*, 331 So. 3d 227, 228 (Fla. 2d DCA 2021). *See Catledge v. State*, 391 So. 3d 982, 983 (Fla. 5th DCA 2024) (holding minimum costs of prosecution are mandatory and must be imposed even in absence of State request); *O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA 2024) (same; certifying conflict with *D.L.J.*); *see also Parks v. State*, 371 So. 3d 392, 392–93 (Fla. 1st DCA 2023) (same; recognizing conflict with *D.L.J.*), *review granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

AFFIRMED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____